# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL QUINTANAR, REYNALDO QUINTANAR,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 24-cv-1286-BJC-DEB<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>**[ECF No. 19]** |

Before the Court is Plaintiffs' unopposed motion to file a second amended complaint. ECF No. 19. Plaintiffs seek leave to file a second amended complaint "changing the names of the individual defendants from Sheriff's Deputy No. 1 and Sheriff's Deputy No. 2 to Deputy Peter Vander Horn and Deputy Cayleen McGraw." *Id.* at 3. Defendants did not file an opposition to Plaintiffs' motion. In light of Defendants' non-opposition, and for good cause shown, Plaintiffs' request is **GRANTED**. *See* Civ.L.R. 7.1.f.3.c. ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.").

Within three (3) days from the date of entry of this Order, Plaintiffs shall file the Second Amended Complaint previously docketed at ECF No. 19-2, as a separate docket

entry.  The newly named individual defendants shall have **twenty-one (21) days** to answer or otherwise respond to the Second Amended Complaint.

**IT IS SO ORDERED**.

Dated:  June 23, 2025

*[signature: Bryan Cheeks]*

Honorable Benjamin J. Cheeks
United States District Judge